UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-23499-CIV-UNGARO/TORRES

GLENDA OLAZABAL,

      Plaintiff,

vs.

JACOB'S CLASSIC MARKET, LLC,
JUAN GALLEGOS,

      Defendants.
_____/

## NOTICE OF GARNISHMENT

PLEASE TAKE NOTICE that Plaintiff in accordance with Fla. Stat. § 77.041 (2) has served upon all Defendants, on December 12, 2011 by First Class U.S. mail at the address referenced below a copy of the Motion for Writ of Garnishment and the Writ of Garnishment.

    1001 N. Federal Highway
    Suite # 367
    Hallandale Beach, FL 33309

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December 12, 2011 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified above in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

    Loren Law Group
    320 South State Road 7 - Suite 300
    Plantation, FL 33317
    Phone:    (954)585-4878
    Facsimile:    (954)585-4886
    E-Mail:    JLoren@Lorenlaw.com

_____
James M. Loren, Esquire
Bar No.: 55409