UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-23499-CIV-UNGARO/TORRES

GLENDA OLAZABAL,

       Plaintiff,

vs.

JACOB'S CLASSIC MARKET, LLC,
JUAN GALLEGOS,

       Defendants.
_____/

## NOTICE OF GARNISHMENT

To:    Jacob's Classic Market, LLC
       Registered Agent: Juan Gallegos
       1001 N. Federal Highway - Suite # 367
       Hallandale Beach, FL 33309

       Juan Gallegos
       1001 N. Federal Highway - Suite # 367
       Hallandale Beach, FL 33309

      PLEASE TAKE NOTICE that Plaintiff in accordance with Fla. Stat. § 77.055 served via first class U.S. Mail upon Defendants with a Copy of the Answer of Garnishee to Writ of Garnishment on the Defendants listed above on December 22, 2011. Attached to the service copy is a copy is the Garnishee's Answer.

      Defendants are hereby advised that it must file and serve upon Plaintiff's attorney a Motion to Dissolve the Writ of Garnishment within twenty (20) days from the date of this notice or be defaulted. This notice supplements the previous notice of Garnishment provided on December 12, 2011 to Defendants in accordance with Fla. Stat. § 77.041 wherein copies of the Motion for Writ of Garnishment and Writ of Garnishment were served upon Defendants. You

should note that you may have exemptions from the garnishment which must be asserted as a defense within the time period stated above.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on December 22, 2011 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

    Loren Law Group
    320 South State Road 7 - Suite 300
    Plantation, FL 33317
    Phone:    (954)585-4878
    Facsimile:    (954)585-4886
    E-Mail:    JLoren@Lorenlaw.com

    _____
    James M. Loren, Esquire
    Bar No.: 55409

**SERVICE LIST**

Jacob's Classic Market, LLC
Registered Agent: Juan Gallegos
1001 N. Federal Highway - Suite # 367
Hallandale Beach, FL 33309

Juan Gallegos
1001 N. Federal Highway - Suite # 367
Hallandale Beach, FL 33309