UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23499-CIV-UNGARO/TORRES

GLENDA OLAZABAL,

    Plaintiff,

vs.

JACOB'S CLASSIC MARKET, LLC,
and JUAN GALLEGOS,

    Defendants,

and

CITIBANK, N.A.,

    Garnishee.
_____/

**AGREED ORDER FOR DISBURSEMENT OF
GARNISHED FUNDS AND ORDER DISSOLVING WRIT OF
<u>GARNISHMENT</u>**

This matter is before the Court on the Stipulation for Disbursement of Garnished Funds and for Dissolution of Writ of Garnishment that was executed by attorneys for the parties. The motion for writ of garnishment [D.E. 12] was referred for disposition. [D.E. 14].

Having reviewed said Stipulation, the court file, and otherwise being fully advised in the premises, it is

**ORDERED** that the Garnishee, Citibank, N.A., is directed to disburse the sum of $13,454.00 to James M. Loren Trust Account; and, said sum shall represent full and

final satisfaction of the Final Default Judgment entered November 15, 2011 [D.E. 11]. Garnishee shall disburse the sum of $484.00 to the Garnishee's attorneys, Adams & Reese, LLP. The balance of the garnished funds, $15,938.00, shall be released to Jacob's Classic Market, LLC. The motion for writ of garnishment is Denied as moot but subject to the provisions of this Order.

IT IS FURTHER ORDERED that the Writ of Garnishment issued by the Clerk of Court on December 1, 2011, is hereby dissolved, and the Clerk of Court is directed to pay to Garnishee's attorneys, Adams & Reese, LLP, the $100.00 deposited by Plaintiff into the court registry.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13th day of January, 2012.

/s/   *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge