IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-23499-CIV-UNGARO/TORRES

GLENDA OLAZABAL,

    Plaintiff,

vs.

JACOB'S CLASSIC MARKET, LLC,
and JUAN GALLEGOS,

    Defendants,
and

CITIBANK, N.A.,

    Garnishee.
_____/

## AGREED ORDER FOR DISBURSEMENT OF
## GARNISHED FUNDS AND ORDER DISSOLVING WRIT OF GARNISHMENT

THIS CAUSE came before the Court on the Stipulation for Disbursement of Garnished Funds and for Dissolution of Writ of Garnishment (D.E. 18) that was executed by attorneys for the parties. Having reviewed said Stipulation, the court file, and otherwise being fully advised in the premises, it is

ORDERED that the Garnishee, Citibank, N.A., is directed to disburse the sum of $13,454.00 to James M. Loren Trust Account; and, said sum shall represent full and final satisfaction of the Final Default Judgment entered November 15, 2011 [D.E. 11]. Garnishee shall disburse the sum of $484.00 to the Garnishee's attorneys, Adams & Reese, LLP. The balance of the garnished funds, $15,938.00, shall be released to Jacob's Classic Market, LLC.

IT IS FURTHER ORDERED that the Writ of Garnishment issued by the Clerk of Court on

December 1, 2011, is hereby dissolved, and the Clerk of Court is directed to pay to Garnishee's attorneys, Adams & Reese, LLP, the $100.00 deposited by Plaintiff into the court registry.

DONE AND ORDERED in Chambers at the United States District Court for the Southern District of Florida, on Jan 18, 2012.

U.S. DISTRICT COURT JUDGE

Service list:
Counsel for Plaintiff:
James M. Loren, Esq.
Loren Law Group
320 S. State Road 7
Suite 300
Plantation, FL 33317
jloren@lorenlaw.com

Counsel for Defendants:
Richard F. Hussey, Esq.
P.O. Box 14333
Ft. Lauderdale, FL 33302-4333
rick@husseylaw.com

Counsel for Garnishee, Citibank, N.A.:
Louis M. Ursini, III, Esq.
Adams & Reese, LLP
101 E. Kennedy Blvd., Suite 4000
Tampa, FL 33602
louis.ursini@arlaw.com